IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:07cr29DPJ-JCS

CATINNA KING

## ORDER DISMISSING INDICTMENT

THE UNITED STATES, having advised the Court *ore tenus* that the defendant, Catinna King, has entered a plea of guilty and been sentenced on August 26, 2008, to the misdemeanor and lesser-included offense component of Section 113(a)(7), Title 18 United States Code, now moves the Court to dismiss the felony offense charged in the instant indictment pursuant to Rule 48(a) Fed. R. Crim. Pro., and the Court, being fully advised in the premises, grants the government's motion. It is, therefore,

ORDERED

that the indictment in the criminal cause above styled and numbered is hereby dismissed with prejudice.

This the 26th day of August, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE